No. 96-3750

Mid-South Road Builders, Inc.,   *
                                   *
                    Appellee,   *  Appeal from the United States
                                  *  District Court for the Eastern
v.                              *  District of Arkansas
                                  *  Western Division
                                  *
Arkansas Contractors Licensing  *      [UNPUBLISHED]
Board, Howard Williams, James    *
Edwards, Randy McNulty, Roger   *
Richmond, Ray Nabholz, Silas    *
Snow, Phil Johnson [sic] and     *
George McGill,                  *
                                  *
                  Appellants. *

Submitted: May 19, 1997
Filed: July 31, 1997

Before BEAM and LOKEN, Circuit Judges, and KYLE,[1] District Judge.

PER CURIAM.

    This appeal is remanded to the District Court for reconsideration of its October 2, 1996 Order in view of the Arkansas Supreme Court's May 27, 1996 Opinion in <u>Mid-South Road Builders, Inc. v. Arkansas Contractors Licensing Board</u>, No. 96-447.

---

    [1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, sitting by designation.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.